JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HEAD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF NEWPORT BEACH, SERGEANT WHISENANT, individually acting under color of law as a police officer of NEWPORT BEACH; CITY OF NEWPORT BEACH OFFICER MINER, individually acting under color of law as a police officer of NEWPORT BEACH; OFFICER PARK, individually acting under color of law as a police officer of NEWPORT BEACH, CITY OF NEWPORT BEACH,<br><br>　　　　Defendants. | CASE NO.: SACV07-881 DOC (AJW)<br><br>**JUDGMENT** |

　　　This action came on regular for trial on January 13 and 14, 2009, in Courtroom 9A of the above-entitled Court, the Honorable David O. Carter, Judge Presiding; Plaintiff Gregory Head representing himself, and Defendants Lloyd Whisenant, David Miner and Joseph Park appearing by their attorney, Daniel K. Spradlin of Woodruff, Spradlin & Smart.

　　　A jury of eight persons was regularly impaneled and sworn to try the action. Witnesses on the part of the Plaintiff and Defendants were sworn and examined.

1

618477.1

1  After hearing the evidence, the arguments on behalf of the parties, and
2  instructions of the Court, the jury retired to consider their verdict, and subsequently
3  returned to the Court and being called, answered to their names and duly rendered
4  their unanimous verdict in words, as follows, to wit:

5  The following questions must be answered in the order they are presented. We,
6  the jury answer the questions submitted to us as follows:

7

8  **QUESTION 1:**

9  Do you find that any of the defendant law enforcement officers used excessive
10 force in seizing plaintiff Gregory Head in violation of plaintiff's Fourth Amendment
11 rights, which a reasonable officer should have known?

12     ANSWER:                              Yes              No

13     Defendant Lloyd Whisenant          ____         __X__

14     Defendant Joseph Park              ____         __X__

15     Defendant David Miner               ____         __X_

16 (Answer by writing "yes" or "no" after the name of each defendant.)

17 If you answered "no" as to all defendants in Question 1, please sign and return
18 this form.

19 DATED: January 14, 2009.

20

21                                                                   _____/s/_____

22

23

24

25

26

27

28

WHEREFORE, by virtue of the law, and by reason of the premises aforesaid, and by reason of the summary judgment being heretofore granted in favor of Defendant City of Newport Beach and partial summary judgment being heretofore granted in favor of Defendants Lloyd Whisenant, David Miner, and Joseph Park, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT PLAINTIFF GREGORY HEAD TAKE NOTHING BY WAY OF HIS COMPLAINT FROM DEFENDANTS LLOYD WHISENANT, DAVID MINER, JOSEPH PARK, AND CITY OF NEWPORT BEACH AND THAT SAID DEFENDANTS RECOVER FROM PLAINTIFF GREGORY HEAD THEIR COSTS, **TO BE DETERMINED BY THE CLERK.**

DATED: January 30, 2009 _____

_____
DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE

618477.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, California 92626-7670.

On February ____, 2009, I served the foregoing document(s) described as [PROPOSED] JUDGMENT

☒ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☒ **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _____ to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _____ on said date in the ordinary course of business.

☐ **(BY FACSIMILE)** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on February ____, 2009 at Costa Mesa, California.

Debra C. Koppel

618477.1

**GREGORY HEAD et al. v. CITY OF NEWPORT BEACH**
**USDC CASE NO. SACV07-881 DOC (AJw)**
**ASSIGNED TO: HON. DAVID O. CARTER**

**ATTACHED SERVICE LIST**

Gregory Head
304 Marguerite Avenue #3
Corona Del Mar, CA  92625
Tel: (949) 640-4121
      (949) 280-4611

From Mr. Head 10/27/08
New address:

236 Heliotrope Avenue
Corona Del Mar, CA  92625
Cell:  (949) 673-1770

           10/28/08

**Plaintiff in pro per**
**GREGORY HEAD**

618477.1